Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KOROSH FARAZAD,<br>a/k/a Andrew Banks,<br><br>Defendant. | NO. CR11-104RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS INDICTMENT AND QUASH ARREST WARRANT |

The United States has moved to dismiss the charges in the Indictment against Defendant Korosh Farazad, and to quash the arrest warrant. The motion is unopposed. IT IS ORDERED that the motion is GRANTED. All charges in the Indictment are dismissed with prejudice pursuant to Federal Rule of Criminal Procedure 48, and the

//

//

//

[PROPOSED] ORDER GRANTING MOTION TO DISMISS - 1
FARAZAD/CR11-104RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

arrest warrant is quashed.

IT IS SO ORDERED.

DATED this 29th day of October, 2018.

*MrS Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

/s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

[PROPOSED] ORDER GRANTING MOTION TO DISMISS - 2
FARAZAD/CR11-104RSL